(127 So. 502)

## MORGAN HILL PAVING CO. v. PRATT CITY SAVINGS BANK.

### 6 Div. 370.

Supreme Court of Alabama.
Jan. 16, 1930.

Coleman, Coleman, Spain & Stewart, of Birmingham, for appellant.

Cabaniss, Johnston, Cocke & Cabaniss, of Birmingham, for appellee.

BOULDIN, J.

This cause was submitted along with the companion case, 127 So. 500,[1] between the same parties, considered on one record and this day decided. This cause is affirmed on authority of that case.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

